20221. CLAUDE NOLAN MOTOR COMPANY *v.* GAY, receiver.
20223. TAYLOR *v.* GAY, receiver.

BROYLES, C. J. These causes are companion cases to *Lane* v. *Gay*, ante, and the decision in the *Lane* case is controlling in the instant cases.

Judgments affirmed. *Luke and Bloodworth, JJ., concur.*

BLOODWORTH, J. I concur in the judgment of affirmance, because I am bound by the majority opinion in the case of *Adams* v. *Central of Georgia Ry. Co.*, 39 *Ga. App.* 577.

DECIDED MARCH 5, 1930. REHEARING DENIED APRIL 15, 1930.

*Oliver & Oliver, John Z. Ryan, Harwell, Fairman & Barrett,* for plaintiff.
*Hitch, Denmark & Lovett,* for defendant.